**DISMISS and Opinion Filed December 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01331-CV

## IN THE INTEREST OF Y.T.L. AND Y.J.L., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19785**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

This appeal, filed November 2, 2018, challenges the trial court's October 27, 2015 order terminating parental rights and granting adoption. Because an appeal from a termination order must generally be filed within twenty days from the date of judgment, we directed appellants to file a letter brief addressing our jurisdiction over the appeal and gave appellees an opportunity to respond. *See* TEX. R. APP. P. 26.1(b), 28.4(a); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Although appellants complied, nothing in their letter brief demonstrates we have jurisdiction over the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

181331F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF Y.T.L. AND
Y.J.L., CHILDREN

No. 05-18-01331-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-19785.
Opinion delivered by Chief Justice Wright,
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 31st day of December, 2018.